1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  Email:  glafayette@lkclaw.com
   BRIAN H. CHUN (State Bar No. 215417)
3  Email:  bchun@lkclaw.com
   1300 Clay Street, Suite 810
4  Oakland, California 94612
   Telephone:    (415) 357-4600
5  Facsimile:    (415) 357-4605

6  Attorneys for Defendant
   Walgreen Co.
7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  JUAN ELIAS,                          Case No. 2:20−CV−01391−MCE−AC

12              Plaintiff,               **STIPULATION OF DISMISSAL**

13  vs.                                  Action Filed:  June 19, 2020

14  WALGREEN CO., a corporation, and
    DOES 1-100, inclusive,
15

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

1    IT IS HEREBY STIPULATED by and between Plaintiff Juan Elias and Defendant

2    Walgreen Co. through their designated counsel of record that the above-captioned action be and

3    hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with

4    each party bearing his/its own attorney's fees and costs.

5

6

7    DATED:  October 9, 2020                    THYBERGLAW

8                                                _/s/ Gregory A. Thyberg_____
                                                GREGORY A. THYBERG
                                                Attorney for Plaintiff
9                                                JUAN ELIAS

10

11   DATED:  October 9, 2020                    LAFAYETTE & KUMAGAI LLP

12                                               _/s/ Brian H. Chun_____
                                                BRIAN H. CHUN
13                                               Attorneys for Defendant
                                                WALGREEN CO.
14

15

16

17                              **SIGNATURE ATTESTATION**

18        I hereby attest that I have obtained the consent of Gregory A. Thyberg, counsel for

19   Plaintiff, for the filing of this Stipulation.

                                                 _/s/ Brian H. Chun_____
20                                               BRIAN H. CHUN

21

22

23

24

25

26

27

28

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605